**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MOLLY MAGUE and PATRICK BRADSHAW, a married couple, and the marital community composed thereof; MADELINE A. CARDON, an unmarried person;<br><br>Plaintiffs,<br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>Defendant. | NO.: 2:24-cv-00024-MJP<br><br>**RULE 7.1 DIVERSITY DISCLOSURE STATEMENT FOR STATE FARM FIRE AND CASUALTY COMPANY** |

Defendant State Farm Fire and Casualty Company, through its attorneys Mix Sanders Thompson, provide the following diversity disclosure statement pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure: State Farm Fire and Casualty Company is a citizen of the State of Illinois.

Dated this 26th day of January, 2024

                              MIX SANDERS THOMPSON, PLLC

                              s/Aaron M. Dunn
                              Aaron M. Dunn, WSBA No. 58113
                              MIX SANDERS THOMPSON, PLLC
                              1620 Fifth Avenue, Ste. 1800
                              Seattle, WA  98101

DIVERSITY DISCLOSURE STATEMENT– 1

Mix Sanders Thompson, PLLC
1601 Fifth Ave, Suite 1800
Seattle, WA 98101
Tel: 206-678-1000
Fax: 888-521-5980

|   |   |
|---|---|
| Tel: | 206-678-1000 |
| Fax: | 888-521-5980 |
| Email: | aaron@mixsanders.com |

Attorneys for Defendant State Farm Fire and Casualty Company

MIX SANDERS THOMPSON, PLLC

s/George A. Mix
George A. Mix, WSBA No. 32864
MIX SANDERS THOMPSON, PLLC
1620 Fifth Avenue, Ste. 1800
Seattle, WA  98101
Tel:     206-678-1000
Fax:    888-521-5980
Email: george@mixsanders.com
Attorneys for Defendant
State Farm Fire and Casualty Company

DIVERSITY DISCLOSURE STATEMENT– 2

# CERTIFICATE OF SERVICE

I, Kalli Lehmann, certify that on January 26, 2024 I caused to be served a true and correct copy of the foregoing DIVERSITY DISCLOSURE STATEMENT via the method indicated below and addressed to the following:

*Attorney for Plaintiff*:
Michael D. Daudt
Daudt Law, PLLC
110 Prefontaine Place S., Suite 304
Seattle, WA 98104
mike@daudtlaw.com
☐ Legal Messenger
☐ U.S. Mail
☒ ECF

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

s/Kalli Lehmann
Mix Sanders Thompson, PLLC
1601 5th Ave, Suite 1800
Seattle, WA 98101
Tel:     206-678-1000
Fax:    888-521-5980

DIVERSITY DISCLOSURE STATEMENT– 3

Mix Sanders Thompson, PLLC
1601 Fifth Ave, Suite 1800
Seattle, WA 98101
Tel: 206-678-1000
Fax: 888-521-5980